450 A.2d 196

Commonwealth v. Hicks, Appellant.

Submitted January 7, 1982. Thomas F. Lawrie, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

Judgment of sentence affirmed.